**J. Edward Jones, as Managing Beneficiary Trust No. 10215 of Guaranty Bank & Trust Company, etc., Plaintiff-Appellant, v. Joseph G. Engert and Howard Freedberg, as Co-Partners Doing Business as Northwestern Finance Company, Defendants-Appellees.**

Gen. No. 52,236. ■

First District.
February 24, 1969.

Opinion by PRESIDING JUSTICE GOLDENHERSH. **Not to be published in full.**